

United States District Court
Eastern District of California

| THERESA NWANKWERE | Case Number: | 1:22-cv-1212-JLT-SKO |

Plaintiff(s)

V.

| UR M. JADDOU |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Jesse M. Bless hereby applies for permission to appear and participate as
counsel in the above entitled action on behalf of the following party or parties:
PLAINTIFF THERESA NWANKWERE

On 12/13/2004 (date), I was admitted to practice and presently in good standing in the
Massachusetts Supreme Judicial Court (court). A certificate of good standing from that court is
submitted in conjunction with this application. I have not been disbarred or formally censured by a court of
record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice
application to this court. (If you have made a pro hac vice application to this court within the last year, list
the name and case number of each matter in which an application was made, the date of application and
whether granted or denied.)
Azus Retail Partners LLC v. Ur M. Jaddou 2:22-cv-664-JAM-DB
Date of Application: 4/14/22 Granted: 5/4/22

Date: 09/30/2022                Signature of Applicant: /s/ Jesse M. Bless

**Pro Hac Vice Attorney**

Applicant's Name:          Jesse M. Bless

Law Firm Name:             Bless Litigation

Address:                   6 Vineyard Lane


City:          Georgetown          State:  MA     Zip:  01833

Phone Number w/Area Code:  (781) 704-3897

City and State of Residence:  Georgetown, MA

Primary E-mail Address:    jesse@blesslitigation.com

Secondary E-mail Address:  heather@blesslitigation.com


I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name:      Sameer Khedekar

Law Firm Name:             Banyan Immigration P.C.

Address:                   1049 El Monte Ave., Ste. C #10


City:          Mountain View          State:  CA     Zip:  94040

Phone Number w/Area Code:  (650) 275-3124     Bar #  230018


## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.


Dated:  10/3/2022                    *Sheila K. Oberto*

                                     JUDGE, U.S. DISTRICT COURT