# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA NWANKWERE,<br><br>Plaintiff,<br><br>v.<br><br>UR M. JADDOU, Director, U.S. Citizenship and Immigration Services,<br><br>Defendant. | Case No. 1:22-cv-01212-JLT-SKO<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED REQUEST TO SEAL DOCUMENTS IN ACCORDANCE WITH LOCAL RULE 141**<br><br>**(Doc. 15)** |

On February 7, 2023, Defendant submitted a request to file under seal (the "Request to Seal") the Certified Administrative Record ("CAR") in this case and the Request to Seal itself. (*See* Doc. 15.) Defendant states that filing the Request to Seal and the CAR under seal is appropriate given the sensitive nature of the case and the likely relevance of personally identifiable information contained in the CAR as to the adjudication of the claims and defenses. (*Id.* at 1–2.) Defendant electronically submitted the Request to Seal and the CAR to the Court and states that Plaintiff does not oppose the sealing request.

Pursuant to Local Rule 141(b), a request to seal a document "shall set forth the statutory or other authority for sealing, the requested duration, the identity, by name or category, of persons to be permitted access to the documents, and all other relevant information." L.R. 141(b). "Only if good cause exists may the Court seal the information from public view after balancing 'the needs for discovery against the need for confidentiality.'" *Koloff v. Metro. Life Ins. Co.*, No. 1:13-cv-02060 AWI JLT, 2014 WL 12573330, at *1 (E.D. Cal. July 9, 2014) (quoting *Pintos v. Pac. Creditors Ass'n*, 605 F.3d 665, 678 (9th Cir. 2010)). A party may submit an opposition to a request to seal documents within three days of the date of service of the request. L.R. 141(c).

Defendant has complied with Local Rule 141, and in view of the sensitive information contained in the Request to Seal and the CAR, the Court finds that good cause exists to allow Defendant to file both documents under seal.

Based on the foregoing, the Court GRANTS Defendant's unopposed Request to Seal (Doc. 15), and ORDERS that the CAR and Request to Seal be FILED UNDER SEAL in accordance with Local Rule 141(e)(2). Defendant's counsel shall comply with Local Rule 141(e)(2)(i) to ensure the documents are filed on the docket under seal.

IT IS SO ORDERED.

Dated:   **February 9, 2023**              /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE